SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

JS-6

Attorneys for Defendant,
RM EL TORITO LLC

Morse Mehrban (Bar No. 169082)
Email: Morse@Mehrban.com
LAW OFFICES OF MORSE MEHRBAN, A.P.C.
15233 Ventura Boulevard, Suite 1000
Sherman Oaks, California 91403-2251
Telephone: 424-274-1237
Facsimile: 206-202-3834

Attorney for Plaintiff,
DARNELL HINES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL HINES,<br><br>        Plaintiff,<br><br>  v.<br><br>RM EL TORITO LLC AND DOES 1-20,<br><br>        Defendants. | Case No. 2:14-cv-02528-MAN<br>Honorable R. Gary Klausner<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Action Filed:  January 29, 2014<br>Trial Date:    None Set |

1  **IT IS HEREBY ORDERED** that pursuant to the Parties' Stipulation, this entire action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

January 16, 2015

_____
Honorable R. Gary Klausner
United States District Judge
Central District of California